# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 15-1131　　　　　　　　　　　　　September Term, 2018

TRAN-80FR26644

**Filed On:** December 4, 2018

American Petroleum Institute,

　　　　Petitioner

　　v.

United States of America, et al.,

　　　　Respondents

------------------------------

Growth Energy, et al.,
　　　　　　　　Intervenors
------------------------------

Consolidated with 15-1132, 15-1194, 15-1415

## O R D E R

　　Upon consideration of respondents' unopposed motion to dismiss the petitions for review, it is

　　**ORDERED** that these consolidated petitions be dismissed.

　　The Clerk is directed to issue the mandate forthwith to the agency.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Amanda Himes
　　　　　　　　　　　　　　　　　　Deputy Clerk